IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEANDRE JAVONT LITTLE,           )
                                 )
            Plaintiff,           )
                                 )
      v.                         )      1:26-cv-370
                                 )
UNNAMED PERSONS,                 )
                                 )
            Defendant.           )

## ORDER

On April 27, 2026, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 15th day of June, 2026.

_____
United States District Judge

– 2 –